```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                  Case No. 10-cr-92-PB

**Kyle Burby and**
**Jeremiah Ready**


### O R D E R

    The defendants, through counsel, have jointly moved to continue the trial scheduled for September 8, 2010, citing the need for additional time to complete discovery and engage in plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons, and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 8, 2010 to December 1, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The August 30, 2010 final pretrial conference is continued to November 18, 2010 at 4:00 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 27, 2010

cc: Jennifer Davis, Esq.
Timothy Harrington, Esq.
Richard Monteith, Esq.
United States Probation
United States Marshal